767

Submitted December 11, 1967. *Mervyn R. Turk,* First Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Risner, Appellant.

Submitted December 11, 1967. *W. Wallace Dyer, Jr.,* for appellant; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Rought, Appellant.

Submitted December 11, 1967. *Walter J. Rought,* appellant, in propria persona; *M. Donald O'Malley,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Rought, Appellant.

Submitted December 11, 1967. *Walter J. Rought,* appellant, in propria persona; *John R. Morgan,* District Attorney, for Commonwealth, appellee.

. Order affirmed.

## Commonwealth *v.* Simmons, Appellant.

Submitted December 11, 1967. *Brian Appel*, and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *John M. Phelan* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

Argued December 12, 1967. *E. William Heuser,* with him *Jonathan De-Young,* and *Torak and DeYoung,* for appellant; *Richard A. Devlin,* Assistant District Attorney, with him *Henry T. Crocker,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.